Jerry J. KILPATRICK, Petitioner-Appellee,

v.

Samuel H. HOUSTON, Respondent-Appellant.

No. 99-10862.

United States Court of Appeals,

Eleventh Circuit.

Dec. 10, 1999.

Appeal from the United States District Court for the Northern District of Florida (No. 98-00282-3-CV-RH); Robert Hinkle, Judge.

Before BLACK, Circuit Judge, and GODBOLD and FAY, Senior Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed for the reasons stated in its Order Granting Writ of

Habeas Corpus, which is published at 36 F.Supp.2d 1328 (N.D.Fla.1999).

AFFIRMED.